ELLEN HALSEY, as Administratrix, etc., Respondent, v. THE ROME, WATERTOWN AND OGDENSBURG RAILROAD COMPANY, Appellant.

(Argued March 4, 1889; decided March 19, 1889.,

APPEAL from judgment of the General Term of the Supreme Court in the fourth judicial department, entered upon an order

made November 15, 1887, which affirmed a judgment in favor of plaintiff, entered upon a verdict.

*Edmund B. Wynn* for appellant.

*C. S. Huntington* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.